**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAYMOND H. PIERSON, III,**
                      **Plaintiff,**
**and**

**JOANNE R. WERNTZ,**
                      **Intervenor-Plaintiff,**

**-vs-**                          **Case No.  6:08-cv-466-Orl-28GJK**

**ORLANDO REGIONAL HEALTHCARE**
**SYSTEMS, INC.,** *et al.,*

                      **Defendants.**
_____

## ORDER

This case is before the Court on Defendants' Roy Sanders, M.D. and Musculoskeletal Institute Chartered, Amended Motion for Attorney's Fees and Costs (Doc. No. 394) filed August 25, 2011, and Defendants' Roy W. Sanders, M.D. and Musculoskeletal Institute Chartered, Motion for Sanctions (Doc. No. 397) filed September 8, 2011. The United States Magistrate Judge has submitted a report recommending that the motion for fees and costs be granted in part and denied in part, and the motion for sanctions be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 13, 2011 (Doc. No. 418) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Roy Sanders, M.D. and Musculoskeletal Institute Chartered, Amended Motion for Attorney's Fees and Costs (Doc. No. 394) is **GRANTED in part** and **DENIED in part.**

3. The Motion is **GRANTED** to the extent that pursuant to Section 395.0193(9)(a), Florida Statutes and 28 U.S.C. § 1920, fees and costs are awarded to Defendants Roy Sanders, M.D., and Musculoskeletal Institute Chartered, in the amount of $ 93,633.00 in attorneys' fees, and $28,970.74 in costs, for a total of $122,603.74.  The Motion is otherwise **DENIED**.

4. Defendants' Roy W. Sanders, M.D. and Musculoskeletal Institute Chartered, Motion for Sanctions (Doc. No. 397) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___25th___ day of January, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge