# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAYMOND H. PIERSON, III,**

                                **Plaintiff,**

**and**

**JOANNE R. WERNTZ,**

                                **Intervenor-Plaintiff,**

**-vs-**                                                  **Case No.  6:08-cv-466-Orl-28GJK**

**ORLANDO HEALTH f/k/a ORLANDO REGIONAL HEALTHCARE SYSTEMS, INC.; ERIK LIEBERMAN, as personal representative of the Estate of Phillip G. Spiegel; ROGER MURBACH; STEVEN APPELBLATT; FRANK BONE; WILLIAM BOTT; THOMAS CSENCSITZ; J. DEAN COLE; JOHN HILLENMEYER; J. DAVID MOSER; N. DONALD DIEBEL; RORY EVANS; MANUEL J. GALCERAN; HEDRICK J. RIVERO; C. GORDON WOLFRAM; ROY W. SANDERS; GREGORY A. RIEF, as co-personal representative of the Estate of John Connolly; LINDA G.T. PARKS, as co-personal representative of the Estate of John Connolly; MUSCULOSKELETAL INSTITUTE, CHARTERED; WOLVERINE ANESTHESIA CONSULTANTS, M.D., P.A.; UNITED STATES OF AMERICA; NATIONAL PRACTITIONER DATA BANK; MICHAEL O. LEAVITT, Secretary of the United States Department of Health & Human Services; REGION IV OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES; STATE OF FLORIDA; FLORIDA HEALTH DEPARTMENT; and FLORIDA BOARD OF MEDICINE;**

                                **Defendants.**

_____

# ORDER

This case is before the Court on the Renewed Amended Motion for Attorney's Fees and Costs of Drs. Murbach, Appelblatt, Bone, Bott, Cole, Moser, Diebel, Evans, Galceran, Rivero and Wolverine (Doc. No. 422) filed February 6, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed,[1] the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 4, 2012 (Doc. No. 429) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Amended Motion for Attorney's Fees and Costs of Drs. Murbach, Appelblatt, Bone, Cole, Moser, Diebel, Evans, Galceran, Rivero, and Wolverine is **GRANTED in part** and **DENIED in part.**  The fees and costs requested are granted except for those fees incurred for litigating the amount of fees and costs, which are denied.

3. Judgment is hereby entered in favor of Roger Murbach, Steven Appelblatt, Frank Bone, William Bott, J. Dean Cole, J. David Moser, N. Donald Diebel, Rory Evans, Manuel J. Galceran, Hedrick J. Rivero, and Wolverine Anesthia Consultants, M.D., P.A. as follows:

   I. $904,811.50 in attorneys' fees and costs plus interest, jointly and severally, against Raymond H. Pierson, III and Joanne R. Werntz;

---

[1] Plaintiff Raymond Pierson, III has filed, through his attorney, that he "does not wish . . . to file any further brief, response, or memorandum of law."  (Doc. 430).

      ii.        $8,790.00 in attorneys' fees plus interest against Joanne R. Werntz; and

      iii.       $48,457.89 in costs plus interest, jointly and severally, against Raymond H. Pierson, III and Joanne R. Werntz.

The Clerk of the Court is directed to enter judgment in favor of Roger Murbach, Steven Appelblatt, Frank Bone, William Bott, J. Dean Cole, J. David Moser, N. Donald Diebel, Rory Evans, Manuel J. Galceran, Hedrick J. Rivero, and Wolverine Anesthia Consultants, M.D., P.A. and against Raymond H. Pierson, III and Joanne R. Werntz as set forth above.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 1st day of May, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party