# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAYMOND H. PIERSON, III,**

                              **Plaintiff,**

**and**

**JOANNE R. WERNTZ,**

                              **Intervenor-Plaintiff,**

**-vs-**                                                                    **Case No.  6:08-cv-466-Orl-28GJK**

**ORLANDO HEALTH f/k/a ORLANDO REGIONAL HEALTHCARE SYSTEMS, INC.; ERIK LIEBERMAN, as personal representative of the Estate of Phillip G. Spiegel; ROGER MURBACH; STEVEN APPELBLATT; FRANK BONE; WILLIAM BOTT; THOMAS CSENCSITZ; J. DEAN COLE; JOHN HILLENMEYER; J. DAVID MOSER; N. DONALD DIEBEL; RORY EVANS; MANUEL J. GALCERAN; HEDRICK J. RIVERO; C. GORDON WOLFRAM; ROY W. SANDERS; GREGORY A. RIEF, as co-personal representative of the Estate of John Connolly; LINDA G.T. PARKS, as co-personal representative of the Estate of John Connolly; MUSCULOSKELETAL INSTITUTE, CHARTERED; WOLVERINE ANESTHESIA CONSULTANTS, M.D., P.A.; UNITED STATES OF AMERICA; NATIONAL PRACTITIONER DATA BANK; MICHAEL O. LEAVITT, Secretary of the United States Department of Health & Human Services; REGION IV OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES; STATE OF FLORIDA; FLORIDA HEALTH DEPARTMENT; and FLORIDA BOARD OF MEDICINE;**

                              **Defendants.**

_____

# ORDER

This case is before the Court on the Second Renewed Motion of ORHS, Csencsitz, Hillenmeyer, Wolfram, Connolly, and Spiegel for Attorneys' Fees (Doc. No. 428) filed March 30, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 21, 2012 (Doc. No. 437) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Second Renewed Motion of ORHS, Csencsitz, Hillenmeyer, Wolfram, Connolly and Spiegel for Attorneys' Fees (Doc. No. 428) is **GRANTED**.

3. Judgment is hereby entered in favor of Orlando Regional Healthcare System, Inc., Thomas Csencsitz, John Hillenmeyer, C. Gordon Wolfram, Gregory A. Rief and Linda G.T. Parks, as Co-Personal Representatives of the Estate of John Connolly, and Erik Lieberman, as Personal Representative of the Estate of Phillip G. Spiegel, as follows:

    a. $749,169.20 in attorneys' fees, jointly and severally, against Raymond H. Pierson, III and Joanne R. Werntz;

    b. $38,218.70 in attorneys' fees against Joanne R. Werntz individually; and

    c. $76,048.20 in attorneys' fees against Raymond H. Pierson, III individually.

4. Also before the Court is the Unopposed Motion for Entry of Consolidated Final Judgment for Both Fees and Costs (Doc. No. 439). The Motion is **GRANTED**. Judgment is hereby entered in favor of Orlando Regional Healthcare System, Inc., Thomas CSENCSITZ, John Hillenmeyer, C. Gordon Wolfram, Gregory A. Rief and Linda G.T. Parks, as Co-Personal Representatives of the Estate of John Connolly, and Erik Lieberman, as Personal Representative of the Estate of Philip G. Spiegel, as follows:

a. $61,468.36[1] in costs against Raymond H. Pierson, III and Joanne R. Werntz.

5. The Clerk of the Court is directed to enter judgment in favor of Orlando Regional Healthcare System, Inc., Thomas Csencsitz, John Hillenmeyer, C. Gordon Wolfram, Gregory A. Rief and Linda G.T. Parks, as Co-Personal Representatives of the Estate of John Connolly, and Erik Lieberman, as Personal Representative of the Estate of Philip G. Spiegel, and against Raymond H. Pierson, III and Joanne R. Werntz for attorneys' fees and costs as set forth above.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 16th day of July, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge

---

[1] This amount was taxed as costs on November 26, 2010 (Doc. No. 382).